THE HONORABLE JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH LEAVITT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRED AND DEBBIE, INC. d/b/a VISITING ANGELS LIVING ASSISTANCE SERVICES, a Washington entity; FRED BENGEN and DEBBIE BENGEN, husband and wife and the marital community composed thereof,<br><br>　　　　　Defendants. | No. 2:17-cv-00904<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

Plaintiff Sarah Leavitt and Defendants, Fred and Debbie, Inc., d/b/a Visiting Angels Living Assistance Services ("Visiting Angels"), Fred Bengen and Debbie Bengen, (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and jointly request that the Court enter the Proposed Order of Dismissal with Prejudice, including dismissal of all claims and causes of action with prejudice and without an award of costs or attorneys' fees to any party.

Dated this 24th day of August, 2017.

| AKW LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Ada Wong | /s/ Sherry L. Talton |
| Ada Wong, WSBA #45936 | Bryan P. O'Connor, WSBA #23867 |
| Michael Charbonneau, WSBA #44356 | Sherry L. Talton, WSBA #42780 |
| 6100 201th Street SW, Suite 480 | 520 Pike Street, Suite 2300 |
| Mountlake Terrace, WA 98043 | Seattle, WA 98101 |
| Telephone: 206-259-1259 | Telephone: 206-405-0404 |
| ada@akw-law.com | bryan.oconnor@jacksonlewis.com |
| charb@akwlaw.com | sherry.talton@jacksonlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

STIPULATED MOTION & ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE - 1
(2:17-cv-00904)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## ORDER

Based upon the stipulation of the parties, it is hereby:

ORDERED that the above-captioned lawsuit, including all claims and causes of action brought by Plaintiff Sarah Leavitt, be dismissed with prejudice and without an award of costs or attorney's fees to any party.

DATED this 31st day of Aug., 2017.

_____
The Honorable Robert S. Lasnik

Presented by:

| AKW LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Ada Wong | /s/ Sherry L. Talton |
| Ada Wong, WSBA #45936 | Bryan P. O'Connor, WSBA #23867 |
| Michael Charbonneau, WSBA #44356 | Sherry L. Talton, WSBA #42780 |
| 6100 201th Street SW, Suite 480 | 520 Pike Street, Suite 2300 |
| Mountlake Terrace, WA 98043 | Seattle, WA 98101 |
| Telephone: 206-259-1259 | Telephone: 206-405-0404 |
| ada@akw-law.com | bryan.oconnor@jacksonlewis.com |
| charb@akwlaw.com | sherry.talton@jacksonlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

4812-4086-8172, v. 2

STIPULATED MOTION & ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE - 2
(2:17-cv-00904)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404